# EXHIBIT 2

**SIGN UP** FOR EMAILS | **FREE U.S. SHIPPING** SPEND $99+*

Home › LeBron James High School Dunk Photo & Game Used Floor



Free Shipping

# LeBron James High School Dunk Photo & Game Used Floor

**$19,999.99**

Pay monthly for purchases of $199-$10,000 with PayPal.

y

1

ADD TO CART

**Limited To:** 223

**Signed By:** LeBron James

**Type:** Framed Autographed Game Used Floor and Print

**Pen Color:** Gold

**Special Details:** Framed, Game Used

## Details

As a freshman for St. Vincent-St. Mary High School in Akron, Ohio, a young man by the name of LeBron James began to cement his name as arguably the greatest high school basketball player witnessed in the great state of Ohio. James led his Irish team to the Division III State Title as a freshman and sophomore. By this time, James basketball accomplishments were making national news as he became the 1st sophomore to be named Ohios Mr. Basketball and the 1st sophomore ever selected to the USA Today All-USA First Team. By his junior season, he had earned the nickname King James and was once again named Mr. Basketball and First Team All-USA from USA Today. Gatorade named LeBron their National Player of the Year after averaging 29 points, 8.3 rebounds, and 5.7 assists. James star power quickly led to features in nationally published magazines and had him contemplating his pursuit of the 2002 NBA Draft. James did return for his senior season and increased productivity to 31.6 points, 9.6 rebounds, and 4.6 assists. LeBrons continued success drew such a following that his high school games were moved to a local university to accommodate his growing fan base. Lebrons games were being televised on regional pay-per-view, and nationally on ESPN 2. Achieving such a level of notoriety at such a young age secured LeBron James reputation as a game changer. He led his team to their 3rd state title during his senior season, also achieving his 3rd straight Mr. Ohio Basketball, and his 3rd consecutive All-USA First Team selection. His magical 2002, season ended by sweeping the MVP awards during all 3 All-American games he participated in. This LeBron James High School Signed Photo bears an authenticated gold signature and a #23 inscription. A 4.5" x 8" piece of LeBrons high school game used floor from The Sovereign Bank Arena is also included in this high gloss framed display. This limited edition piece is restricted to 223 pieces. Each athletes signature is guaranteed 100% authentic by virtue of Upper Decks Five-Step Authentication Process & accompanied by Certificate of Authenticity.

amazon.com

lebron james high school 20x24 print - Google Search

LeBron James Autographed High School Dunk 20x24 Photograph with Game Used Floor - Framed at Amazon's Sports Coll

amazon prime | Deliver to Yesenia Manalapan 07726 | Sports Collectibles | Search Amazon | EN | Hello, michael Account & Lists | Returns & Orders | 6 Cart

All | Holiday Deals | Holiday Shop | Medical Care | Amazon Basics | Prime | Prime Video | Buy Again | Customer Service | Best Sellers | Coupons | Pet Supplies | Household, Health & Baby Care | vs | 44 : 03 : 15

Sports Collectibles | Collectibles & Fine Art | Baseball | Basketball | Football | Hockey | Other Sports | Fan Shop | Entertainment Collectibles | Collectible Coins



NBA Signed Basketball Photo: Magic Johnson vs Michael Jordan... $229.00 prime

Sponsored

Collectibles & Fine Art › Sports › Prints & Posters





Roll over image to zoom in

# LeBron James Autographed High School Dunk 20x24 Photograph with Game Used Floor - Framed

Brand: Upper Deck

$19,994.99

| | |
|---|---|
| Authenticity Provided By | UpperDeck |
| Grading Provided By | UpperDeck |
| Grade Rating | Mint |
| Autographed | Yes |
| Athlete Name | LeBron James |

See more

- 4x28 framed display
- 4.5x8 inch game used floor overlay
- Limited edition restricted to 223 pieces (within this limited edition of 223 will be 23 pieces randomly inscribed “3X Mr. Ohio BB”)
- High gloss image
- LeBron's signature is guaranteed 100% authentic by virtue of Upper Deck's patented Five-Step Authentication Process & accompanied by Certificate of Authenticity.

Report incorrect product information.



Shawn Kemp Autographed Seattle Signed Basketball All-Star Game Dunk 11x14 Photo...

$99.00 prime

Sponsored

$19,994.99

$6.99 delivery **October 31 - November 15.** Details

Deliver to Yesenia - Manalapan 07726

**Only 5 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Upper Deck Authenticated |
| Sold by | Upper Deck Authenticated |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List