# EXHIBIT 3

Case 1:24-cv-01679-NRB Document 1-3 Filed 03/05/24 Page 2 of 4









**No ceiling** LeBron's ability to jump to the rafters is only one reason that he is being heralded as the NBA's next franchise player.

Jessie, the school's athletic director. This year the Fighting Irish moved their home games to the University of Akron's 5,100-seat James A. Rhodes Arena. Some 1,750 season tickets were sold (at $100 to $120 a pop), and St. Vincent–St. Mary is drawing 4,075 fans, almost double the attendance of the university's men's team.

LeBron may be the reason for the hysteria, but he isn't your typical high school hoops phenom. For the last two years, in fact, he has risked career-threatening injury as an all-state wide receiver on the St. Vincent–St. Mary football team. At first Gloria refused to let LeBron play last fall, but after the 22-year-old singer Aaliyah died in a plane crash last August, he persuaded her to let him play. "You're not promised tomorrow," LeBron says. "I had to be out on the field with my team." Though LeBron did break the index finger of his left (nonshooting) hand, he helped lead the Irish to the state semifinals.

Gloria knows she can protect LeBron for just so long. She gave birth to him at 16, and after her mother died two years later, she and LeBron drifted from apartment to apartment around Akron. (On one occasion their building was condemned and bulldozed by the city.) "I saw drugs, guns, killings; it was crazy," LeBron says. "But my mom kept food in my mouth and clothes on my back."

The Jameses' nomadic existence and unsettled home life took a toll, however. In the fourth grade, LeBron says, he missed more than 100 days of school. Nor did it help that Jackson, who has been in a relationship with Gloria since LeBron was two, spent three years in jail after pleading guilty to a 1991 charge of aggravated cocaine trafficking.

Late in the fourth grade LeBron moved in with the family of Frankie Walker, his youth basketball coach. "It changed my life," LeBron says. "The next year I had perfect attendance and a B average." By the sixth grade LeBron was splitting time between the Walkers' home and Gloria's, and soon Jackson reentered the picture, providing financial support, Gloria says, from his work as a concert promoter and a full-time drug counselor at an Akron outreach program. LeBron, who has never met his biological father, refers to Jackson as Dad.

LeBron has been Akron's rising star ever since he led his eighth grade team to the finals of a national AAU tournament. Though he says he's considering Duke, North Carolina, Florida, Ohio State and Louisville, no one believes he'll go to college. Meanwhile Gloria, 34, and Eddie, 35, are busy crisscrossing the country, "listening to folks, letting them give their sales pitch, weighing the options," as Gloria puts it. They attended the Super Bowl in New Orleans after having met with "some representatives there in regards to some marketing" for LeBron, which is all Gloria will say.

Adidas already has a relationship with LeBron through its sponsorship, now in its second year, of the St. Vincent–St. Mary team (LeBron even got to help design the Irish's uniforms) and of an Oakland AAU team that he has played on the last two years. Gloria and Eddie have visited the suburban Los Angeles home of Vaccaro, and LeBron has attended Vaccaro's ABCD Camp in Teaneck, N.J. Nike has gone to a full-court press as well, hosting Gloria and Eddie in Oregon for a meeting with company chairman Phil Knight. "Why go through the middleman when you can go straight to the top?" Gloria says. "Nike's *very* interested."

> Not only does LeBron have the high-flying game, but he also **has an Iversonian street cred** that Jordan himself lacked.

Jordan could play a role too. "This is going to be like a Shakespearean drama," Vaccaro predicts. "Basically, only two people are involved: me or Michael? Adidas or Nike? Whoever it is, LeBron's going to translate far and wide. I believe that."

"A lot of NBA players who wear Nike have never gotten to meet Phil Knight, but it's also an honor to meet the Adidas people like Sonny Vaccaro," Jackson says with perfect politesse. Either way, Jackson knows LeBron's in the driver's seat, yet he also knows firsthand that the distance from jail to the office of a multinational's chairman is shorter than you'd think. Not long before his meeting with Knight, Jackson pleaded no contest to a disorderly conduct charge and received a suspended 30-day sentence for his role in an altercation last July at an Akron bar.

For now LeBron exists in a weird netherworld between high school student and multimillionaire, between dependent child and made man. He's both, of course. At Gund Arena during the Cavaliers game, middle-aged fathers and mothers asked him to pose for pictures; LeBron dutifully complied. Later, an 11-year-old boy in a Jordan jersey collared him for an autograph, one of dozens he signed during the evening. Even Cleveland Browns coach Butch Davis chatted up LeBron after the game. "Hey, LeBron! How you doing?" Davis said, slapping him on the back. "Want to be a wide receiver for us? Just for the red zone, how about that?"

It's heady stuff, but in so many other ways LeBron remains a kid. During a Cavaliers timeout, he frantically waved his arms as the rally crew shot plastic miniballs into the crowd. (He eventually snagged one, which he was still clutching when he met Jordan after the game.) On the ride back to Akron in a reporter's car, LeBron simultaneously blasted Jay-Z over the stereo, gabbed on his cell phone and checked his two-way pager for messages from pals like Sebastian Telfair, the Brooklyn whiz kid who's regarded as the nation's best sophomore.

He's *almost* there, but not yet. Only one more year—with no injuries, no complications—and he'll make it. Then he can worry about the next step. Above the television in the Jameses' modest west Akron apartment, LeBron keeps an ersatz SI cover featuring his photograph and the cover line IS HE THE NEXT MICHAEL JORDAN? It's preposterously too early to answer, of course, yet judging from young LeBron's unprecedented rise, it's a question that is at least worth asking. □

onla

n himself lab

ent–St. Mary
elp design the
n Oakland AAU
l on the last two
ave visited the sub-
me of Vaccaro, and
accaro's ABCD Camp
has gone to a full-court
ting Gloria and Eddie in
eting with company chair-
t. "Why go through the mid-
n you can go straight to the
says. "Nike's very interested."
could play a role too. "This is
be like a Shakespearean drama,"
predicts. "Basically, only two peo-
e involved: me or Michael? Adidas
ke? Whoever it is, LeBron's going to
nslate far and wide. I believe that."
"A lot of NBA players who wear Nike
ever gotten to meet Phil Knight, but
honor to meet the Adidas peo-
aro," Jackson says with
r way," Jackson
seat, yet he
from



MICHAEL J. LEBRECHT II

pleaded no contest to a disord
charge and received a susp
sentence for his role in an
July at an Akron bar.
For now LeBron exists
world between high
multimillionaire, bein
and made man. H
Gund Arena duri
dle-aged fath
r pict

the Chinese guy [7'6" Yao Ming], but if LeBron came out this year, I wouldn't even have to think about it. I'd take him No. 1."



LEBRECHTMEDIA/SPORTS ILLUSTRATED